## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| TRACTOR SUPPLY COMPANY | : | |
|  | : | |
| Plaintiff, | : | |
|  | : | |
| v. | : | Court No. 20-02719 |
|  | : | |
| UNITED STATES; | : | |
| OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; | : | |
| U.S. CUSTOMS & BORDER PROTECTION; | : | |
|  | :: | |
| Defendants. | : | |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff Tractor Supply Company in this action and requests that all papers be served on her.

The individual attorney who is responsible for the litigation is Douglas N. Jacobson of Jacobson Burton Kelley PLLC.

Dated: September 20, 2020

/s/ Doreen Edelman
Doreen Edelman
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
202.753.3800
dedelman@lowenstein.com